## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In re:

**Andrea N. Matkovic,**

CASE NO. : _____

**CHAPTER 7**

Debtor.

_____/

## ASSET PROTECTION REPORT

By local rule of this Court, debtors filing Chapter 7 petitions and debtors in cases converting to Chapter 7 must file an Asset Protection Report giving information about the status of insurance coverage on assets in the estate. The back of this page shall be completed with the following information: (1) description of the asset and location; (2) the debtors insurance agent for the asset, or if none, the insurance underwriter; (3) the policy limit of the policy with respect to the asset; (4) the expiration date of the policy and (5) if the asset is secured, the name of the secured party and whether the debtor insures the interest of that party. If debtor has sufficient insurance coverages to protect any exemptible interest in real or personal property or does not wish the trustee to use estate funds to procure such coverages, the debtor(s) may sign the waiver below.

Debtors are requested to provide the trustee with copies of all insurance policies and/or declarations representing each insurable asset within fifteen days of the filing of the petition.

## REQUEST TO TRUSTEE
## NOT TO INSURE EXEMPTIBLE ASSETS

I, a debtor who has signed below, state that I intend to provide insurance protection for any exemptible interests in real or personal property in this estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Date: __11/2__, 2004

_Andrea N. Matkovic_
Andrea N. Matkovic, Debtor

| TYPE OF ASSET | DESCRIPTION AND LOCATION | NAME & ADDRESS INSURANCE AGENT OR UNDERWRITER | POLICY LIMIT AND EXPIRATION DATE | SECURED PARTIES: DO YOU INSURE THEIR INTEREST? |
|---|---|---|---|---|
| **REAL PROPERTY:** | | | | |
| (include any property in which the debtor has an interest, including leased property if the lease requires the debtor to maintain insurance coverage) | 2376 Weiman Road Beaverton, MI | None | | N/A |
| **PERSONAL PROPERTY:** | | | | |
| 1. Household Goods: | | | | |
| 2. Motor Vehicles: | 1996 BMW 328i | Progressive | Full 04/2005 | Auto Body CU/yes |
| 3. Boats, Motors, Snowmobiles, etc.: | | | | |
| 4. Livestock: | | | | |
| 5. Equipment & Fixtures: | | | | |
| 6. Inventory: | | | | |
| 7. Miscellaneous Other Property: | | | | |

Dated: 11/3, 2004

Andrea N. Matkovic, Debtor