UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re   Andrea N Matkovic                          ,
                     Debtor                              Case No. _____

                                                         Chapter    7

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date   11/2/4                        Signature     _Andrea N. Matkovic_
                                     of Debtor      ANDREA N MATKOVIC

Gregory W. Smith
Debt Relief Legal
Clinic of Michigan, P.C.
4710 W. Saginaw,
Ste. 7
Lansing MI 48917
517-321-6804