# United States Bankruptcy Court
**Western District of Michigan**
299 Federal Building
110 Michigan, NW
PO Box 3310
Grand Rapids, MI 49501

| IN RE: | |
|---|---|
| **Andrea N. Matkovic**<br>1604 Biltmore<br>Lansing, MI 48906<br>SSN: xxx–xx–2556 | **Case Number 04–13723**<br><br>**Chapter 7** |
| **Debtor(s)** | |

## NOTICE OF STAY

**ALL CREDITORS** and interested persons are hereby notified that the above noted debtor(s) has filed a petition for relief under Chapter 7 of the Bankruptcy Code on 11/8/04 , and is entitled to the protection of the Automatic Stay provisions of §362.

Pursuant to §362 of the Bankruptcy Code, from the time and date of the filing of this case, all persons, their agents, employees and attorneys are stayed and restrained from commencing or continuing any suits, and from levying any attachments, garnishments or other executions upon earnings or wages, and from repossessing property (or selling property repossessed) in the possession or under the control of the Debtor or in which the Debtor has any interest; and all such persons are further stayed and restrained from molesting, harassing or disturbing the Debtor or his employer or other persons on account of any debt or claim, or with respect to any property which the debtor has submitted to the exclusive jurisdiction of this Court, unless and until permission and leave of the Court be first obtained.

This notice does not in any way modify the provisions of 11 USC §362. You should consult this statute to determine applicable exceptions.

A copy of this notice was returned to the Debtor or Attorney for the Debtor for service on appropriate creditors and interested parties. The Debtor shall promptly file a proof of service listing all persons served with this notice.

**Dated: November 16, 2004**

**Address of the Bankruptcy Clerk's Office:**
299 Federal Building
110 Michigan, NW
PO Box 3310
Grand Rapids, MI 49501

**Clerk of the Bankruptcy Court:**
Daniel M. LaVille