## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:  
Andrea N Matkovic  
         Debtor.

Chapter 7 No. GL-04-13723

Hon. James D. Gregg

_____/

### CERTIFICATE OF NO TIMELY RESPONSE OR HEARING REQUEST IN RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

Kenneth A. VanNorwick (P61707), says that:

1. Movant, Mortgage Electronic Registration Systems, Inc, as nominee for Lender and Lender's successors and assigns having filed a MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3) on or about November 30, 2004;

2. A copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3) and a copy of the Notice of Motion was mailed to all interested parties on November 30, 2004;

3. As of December 20, 2004, to the movant's knowledge and belief, no timely response or hearing request to Creditor's MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3) has been filed.

TROTT & TROTT, P.C.  
30400 TELEGRAPH RD  
STE 200  
BINGHAM FARMS, MI  
48025-5822  
PHONE 248-642-2515  
FACSIMILE 248-642-3628

Respectfully Submitted,  
Trott & Trott, P.C.

Dated December 20, 2004

/S/  
Kenneth A. VanNorwick (P61707)  
Attorney for Mortgage Electronic Registration Systems, Inc, as nominee for Lender and Lender's successors and assigns  
30400 Telegraph Rd Ste 200  
Bingham Farms, MI 48025-5822  
248-642-2515