UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
Andrea N Matkovic  
              Debtor.  
_____/

Chapter 7 No. GL-04-13723

Hon. James D. Gregg

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Movant, Mortgage Electronic Registration Systems, Inc, as nominee for Lender and Lender's successors and assigns, by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the real property located at 2376 Wieman Rd, Beaverton, MI 48612-9454; and the approximate market value of the property is $110,000.00; and the current debt owing to Movant is approximately $92,375.52, which includes but is not limited to $700.00 for the Attorney fees and costs for filing this Motion; and any surplus on the sale of this property shall be distributed pursuant to applicable state law and procedures; and any deficiency on the sale of this property shall be treated as an unsecured debt; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay as to the Movant, Mortgage Electronic Registration Systems, Inc, as nominee for Lender and Lender's successors and assigns, is hereby lifted. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD
STE 200
BINGHAM FARMS, MI
48025-5822
PHONE 248-642-2515
FACSIMILE 248-642-3628

_____        _____
Dated                                                    U.S. Bankruptcy Judge