# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-13723 JCS  
**Case Name:** MATKOVIC, ANDREA N.  
**Period Ending:** 02/13/05

**Trustee:** (420460)   KELLY M. HAGAN  
**Filed (f) or Converted (c):** 11/08/04 (f)  
**§341(a) Meeting Date:** 01/03/05  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 110,000.00 | 12,832.00 | | 0.00 | 110,000.00 |
| 2 | CASH ON HAND | 35.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 180.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1996 BMW 328i | 4,750.00 | 0.00 | | 0.00 | FA |
| 8 | POSSIBLE FRAUDULENT CONVEYANCE  (u) | 0.00 | 28,000.00 | | 0.00 | 28,000.00 |
| 8 | **Assets**   **Totals**  (Excluding unknown values) | **$117,265.00** | **$40,832.00** | | **$0.00** | **$138,000.00** |

Printed: 02/13/2005 04:44 PM    V.6.52

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 04-13723 JCS
**Case Name:** MATKOVIC, ANDREA N.

**Trustee:** (420460) KELLY M. HAGAN
**Filed (f) or Converted (c):** 11/08/04 (f)
**§341(a) Meeting Date:** 01/03/05

**Period Ending:** 02/13/05

**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

2/5/05  Debtor recently purchased real estate.  Howard LaDuke, Jr., seller, claims he didn't know he was selling.  Seller will likely attempt to get property back.  No equity in property.  Debtor's boyfriend's business Premier Properties received $28K from sale proceeds--possible fraudulent conveyance.  KMH
1/17/05  341 closed.  KMH

**Initial Projected Date Of Final Report (TFR):** January 1, 2007        **Current Projected Date Of Final Report (TFR):** January 1, 2007

Printed: 02/13/2005 04:44 PM    V.6.52