# United States Bankruptcy Court
**Western District of Michigan**
299 Federal Building
110 Michigan, NW
PO Box 3310
Grand Rapids, MI 49501

| | |
|---|---|
| **IN RE:**<br><br>**Andrea N. Matkovic**<br>1604 Biltmore<br>Lansing, MI 48906<br>SSN: xxx–xx–2556<br><br>Debtor(s) | **Case Number 04–13723–jcs**<br><br>**Chapter 7**<br><br>**Honorable Jo Ann C. Stevenson**<br><br>*Trustee:*<br> Kelly M. Hagan<br>Hagan Law Offices, PLC<br>P.O. Box 384<br>Acme, MI 49610 |

## NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

## *NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM*

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor *must file a proof of claim* whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court *within 90 days* of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). A claim form is enclosed with this notice. Send the proof of claim to:

> U.S. Bankruptcy Court
>  299 Federal Building
> 110 Michigan, NW
> PO Box 3310
> Grand Rapids, MI 49501

Creditors who have already filed claims do *not* need to file another claim unless they intend to amend the claim now on file. Please note that claims *must arrive* at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
February 14, 2005

*Saul Eisen*
United States Trustee

By: *Daniel Casamatta*
Assistant U.S. Trustee
330 Ionia NW, Suite 202
Grand Rapids, MI 49503

*PLEASE USE THE PROOF OF CLAIM FORM WHICH IS ENCLOSED WITH THIS NOTICE*

Case:04-13723-jcs    Doc #:12   Filed: 02/13/2005    Page 2 of 2