UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
                    Debtor                                        Case No. 04-13723
                                                                 Chapter 7
_____                                  Judge JoAnn C. Stevenson


HOWARD LaDUKE, JR.,
                    Plaintiff

Vs.

ANDREA N. MATKOVIC,
                    Defendant
_____

### PROOF OF SERVICE

The undersigned certifies that on 3/2/2005 a copy of COMPLAINT TO DETERMINE DISCHARGEABILITY OF INDEBTEDNESS was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Kelly M. Hagan, Trustee                    Gregory W. Smith, Esq.
P.O. Box 384                               Debt Relief Legal Clinic of MI, PC
Acme, MI  49610                            4710 W. Saginaw, Suite 7
                                           Lansing, MI  48917



Dated:  March 1, 2005


                                           /s/ Donna Stieber
                                           Donna Stieber, Secretary
                                           UAW-GM Legal Services Plan
                                           Attorneys for
                                           4433 Byron Center, SW
                                           Wyoming, MI  49519
                                           616-531-7722