## SETTLEMENT STATEMENT

Department of Housing
Urban Development

OMB No. 2502-0265

**Type of Loan**

| | | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|
| ☐ FHA   2 ☐ RmHA   3 ☒ Conv Unins | | 04-90133 | DET004174 | |
| ☐ VA    4 ☐ Conv Ins | | | | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("p.o.c.") were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

NAME OF BORROWER: Andrea Nicole Matkovic
ADDRESS OF BORROWER: 1604 Biltmore Blvd, Lansing, MI 46906

NAME OF SELLER: Howard LaDuke, Jr.
ADDRESS OF SELLER: 2376 Wieman Road, Beaverton, MI 48612

NAME OF LENDER: BNC Mortgage, Inc.
ADDRESS OF LENDER: 1901 Main Street, Irvine, CA 92614

PROPERTY LOCATION: 2376 Wieman Road, Beaverton, Michigan 48612

SETTLEMENT AGENT: Michigan Title
PLACE OF SETTLEMENT: 544 Cherbourg Dr., Suite 100, Lansing, MI 48917

SETTLEMENT DATE: 03/31/2004    DISBURSEMENT DATE: 03/31/2004    PRORATION DATE: 03/31/2004

| SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **J. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| Contract sale price | 110,000.00 | 401. Contract sale price | 110,000.00 |
| Personal property | | 402. Personal property | |
| Settlement charges to borrower (from line 1400) | 3,606.09 | 403. | |
| | | 404. | |
| | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| City/Town taxes      to | | 406. City/Town taxes      to | |
| County taxes         to | | 407. County taxes        to | |
| Assessments         to | | 408. Assessments         to | |
| | | 409. | |
| | | 410. | |
| | | 411. | |
| | | 412. | |
| **2. GROSS AMOUNT DUE FROM BORROWER:** | 113,606.09 | **420. GROSS AMOUNT DUE TO SELLER:** | 110,000.00 |
| **J. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| Deposit of earnest money | | 501. Excess deposit (see instructions) | |
| Principal amount of new loan(s) | 89,000.00 | 502. Settlement charges to seller (line 1400) | 29,737.00 |
| Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| Broker Credit | 1,880.00 | 504. Payoff of first mortgage loan   Homecomings | 51,369.73 |
| | | 505. Payoff of second mortgage loan | |
| | | 506. | |
| | | 507. | |
| | | 508. | |
| | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER | |
| City/Town taxes      to | | 510. City/Town taxes      to | |
| County taxes         to | | 511. County taxes        to | |
| Assessments         to | | 512. Assessments         to | |
| Tax Proration 1/1/04-3/31/04 | 261.10 | 513. Tax Proration 1/1/04-3/31/04 | 261.10 |
| Seller held 2nd | 16,500.00 | 514. Seller held 2nd | 16,500.00 |
| Seller Paid Closing Costs | 3,606.09 | 515. Seller Paid Closing Costs | 3,606.09 |
| | | 516. | |
| | | 517. | |
| | | 518. | |
| | | 519. | |
| **3. TOTAL PAID BY/FOR BORROWER:** | 110,237.19 | **520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER:** | 101,363.92 |
| **J. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| Gross amount due from borrower (line 120) | 113,606.09 | 601. Gross amount due to seller (line 420) | 110,000.00 |
| Less amount paid by/for borrower (line 220) | 110,237.19 | 602. Less total reductions in amount due seller (line 520) | 101,363.92 |
| CASH (☒ FROM, ☐ TO) BORROWER: | 3,368.90 | 603. CASH (☐ TO, ☐ FROM) SELLER: | 8,636.08 |

Previous Edition is Obsolete

HUD-1 (3-86)
RESPA, HB 4305.2

HUD-1 (Rev. 3/86)                                                                OMB No. 2502-021

## L. SETTLEMENT CHARGES

| 700. TOTAL SALES/BROKER'S COMMISSION BASED ON PRICE @ % | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at settlement | | |
| 704. | | |

| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN: | POC | | |
|---|---|---|---|
| 801. Loan origination         % Charter Funding | | 1,000.00 | |
| 802. Loan discount            % | | | |
| 803. Appraisal fee to         Reinbold and Assoc, Inc. | | 250.00 | |
| 804. Credit report to         Charter Funding | | 16.00 | |
| 805. Lender's inspection fee | | | |
| 806. Mortgage insurance application fee to | | | |
| 807. Assumption fee | | | |
| 808. Tax Service Fee          to BNC Mortgage, Inc. | | 70.00 | |
| 809. Flood Certification Fee  to BNC Mortgage, Inc. | | 17.00 | |
| 810. Lenders Processing Fee   to BNC Mortgage, Inc. | | 699.00 | |
| 811. Brokers Processing Fee   to Charter Funding | | 600.00 | |
| 812. Broker Fee paid by Lender to Charter Funding | 880.00 | | |
| 813. | | | |

| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | |
|---|---|---|
| 901. Interest from 03/31/2004 to 04/01/2004 @ $ 16.0900 /day | | 16.09 |
| 902. Mortgage insurance premium for mos. to | | |
| 903. Hazard insurance premium for 1 yrs to Farm Bureau | | 617.00 |
| 904. Flood insurance premium for yrs. to | | |
| 905. | | |

| 1000. RESERVES DEPOSITED WITH LENDER: | | |
|---|---|---|
| 1001. Hazard insurance     months @ $     per month | | |
| 1002. Mortgage insurance   months @ $     per month | | |
| 1003. City property taxes  months @ $     per month | | |
| 1004. County property taxes months @ $    per month | | |
| 1005. Annual assessments   months @ $     per month | | |
| 1006. Tax Proration        months @ $     per month | | |
| 1007.                      months @ $     per month | | |
| 1008.                      months @ $     per month | | |

| 1100. TITLE CHARGES: | | | 250.00 |
|---|---|---|---|
| 1101. Settlement or closing fee to Michigan Title | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
|       (includes above item numbers | | | |
| 1108. Title insurance to Michigan Title | | 190.00 | 521.00 |
|       (includes above item numbers | | | |
| 1109. Lender's coverage  $ 110,000.00 ( $190.00 ) | | | |
| 1110. Owner's coverage   $ 110,000.00 ( $521.00 ) | | | |
| 1111. Courier Fee        to Michigan Title | | 25.00 | 50.00 |
| 1112. E-Mail Fee         to Michigan Title | | 25.00 | |
| 1113. | | | |

| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES: | | | |
|---|---|---|---|
| 1201. Recording fees: Deed $ 15.00 ; Mortgage $ 65.00 ; Releases $ | | 80.00 | |
| 1202. City/County tax / stamps: Deed $ 121.00 ; Mortgage $ | | | 121.00 |
| 1203. State tax / stamps: Deed $ 825.00 ; Mortgage $ | | | 825.00 |
| 1204. | | | |
| 1205. | | | |

| 1300. ADDITIONAL SETTLEMENT CHARGES: | | | |
|---|---|---|---|
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. Property Management to Premiere Property Investment | | | 22,000.00 |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |

| 1400. TOTAL SETTLEMENT CHARGES (Enter on line 103, Section J and line 502, Section K) | ▶ | 3,625.09 | 25,717.00 |

Page 2 of 7

SETTLEMENT CHARGES

| | | | | PAID FROM BORROWER'S FUNDS SETTLEMENT | PAID FROM SELLER'S FUNDS SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION BASED ON PRICE | $ | @ | %= | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | | | |
| 701. $ | to | | | | |
| 702. $ | to | | | | |
| 703. Commission paid at settlement | | | | | |
| 704. | | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN: | | | POC | | |
| 801. Loan origination fee | % | Charter Funding | | | |
| 802. Loan discount | % | | | | |
| 803. Appraisal fee to | | Reinbold and Assoc, Inc. | | | |
| 804. Credit report to | | Charter Funding | | | |
| 805. Lender's inspection fee | | | | | |
| 806. Mortgage insurance application fee to | | | | | |
| 807. Assumption fee | | | | | |
| 808. Tax Service Fee | | to BNC Mortgage, Inc. | | | |
| 809. Flood Certification Fee | | to BNC Mortgage, Inc. | | | |
| 810. Lenders Processing Fee | | to BNC Mortgage, Inc. | | | |
| 811. Brokers Processing Fee | | to Charter Funding | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | | | | |
| 901. Interest from 03/31/2004 to 04/01/2004 | | @ $ 16.0900 /day | | | |
| 902. Mortgage insurance premium for | mos. to | | | | |
| 903. Hazard insurance premium for | 1 yrs. to Farm Bureau | | | | |
| 904. Flood Insurance Premium for | yrs. to | | | | |
| 905. | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER: | | | | | |
| 1001. Hazard insurance | months @ $ | per month | | | |
| 1002. Mortgage insurance | months @ $ | per month | | | |
| 1003. City property taxes | months @ $ | per month | | | |
| 1004. County property taxes | months @ $ | per month | | | |
| 1005. Annual assessments | months @ $ | per month | | | |
| 1006. Tax Proration | months @ $ | per month | | | |
| 1007. | months @ $ | per month | | | |
| 1008. | months @ $ | per month | | | |
| 1100. TITLE CHARGES: | | | | | 150.00 |
| 1101. Settlement or closing fee to | Michigan Title | | | | |
| 1102. Abstract or title search to | | | | | |
| 1103. Title examination to | | | | | |
| 1104. Title insurance binder to | | | | | |
| 1105. Document preparation to | | | | | |
| 1106. Notary fees to | | | | | |
| 1107. Attorney's fees to (includes above items Numbers) | | | | | 601.00 |
| 1108. Title insurance to (includes endorsements) | Michigan Title | | | | |
| 1109. Lender's coverage $ | 110,000.00 ( $190.00) | | | | |
| 1110. Owner's coverage $ | 110,000.00 ( $601.00) | | | | 70.00 |
| 1111. Courier Fee | to Michigan Title | | | | |
| 1112. E-Mail Fee | to Michigan Title | | | | |
| 1113. | | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES: | | | | | |
| 1201. Recording fees Deed $ 15.00 | Mortgage $65.00 | Releases $ | | | 150.00 |
| 1202. City/county tax/stamps Deed $ 121.00 | Mortgage $ | | | | 605.00 |
| 1203. State tax/stamps Deed $ 825.00 | Mortgage $ | | | | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES: | | | | | |
| 1301. Survey to | | | | | |
| 1302. Pest inspection to | | | | | 28,000.00 |
| 1303. Property Management | to Premiere Property Investment | | | | |
| 1304. | | | | | |
| 1305. | | | | | |
| 1306. | | | | | |
| 1307. | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on line 103, Section J and line 502, Section K) | | | | >> | 29,737.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower _____ Date _____   Seller _____ Howard LaDuke, Jr.   Date 3-31-04

Borrower _____ Date _____   Seller _____ Date _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent _____ Date 03/31/2004
Michigan Title

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

PAGE 2

## SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS SETTLEMENT | PAID FROM SELLER'S FUNDS SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION BASED ON PRICE  $          @    % = | | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | |
| 701. $          to | | | |
| 702. $          to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | POC | | |
| 801. Loan origination fee       %   Charter Funding | | 1,000.00 | |
| 802. Loan discount              % | | | |
| 803. Appraisal fee to           Reinoold and Assoc, Inc. | | 250.00 | |
| 804. Credit report to           Charter Funding | | 15.00 | |
| 805. Lender's inspection fee | | | |
| 806. Mortgage insurance application fee to | | | |
| 807. Assumption fee | | | |
| 808. Tax Service Fee            to BNC Mortgage, Inc. | | 70.00 | |
| 809. Flood Certification Fee    to BNC Mortgage, Inc. | | 17.00 | |
| 810. Lenders Processing Fee     to BNC Mortgage, Inc. | | 599.00 | |
| 811. Brokers Processing Fee     to Charter Funding | | 600.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | |
| 901. Interest from 03/31/2004 to 04/01/2004  @ $ 18.0900 /day | | 18.09 | |
| 902. Mortgage insurance premium for      mos. to | | | |
| 903. Hazard insurance premium for  1 yrs. to  Farm Bureau | | 617.00 | |
| 904. Flood Insurance Premium for     yrs. to | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | | |
| 1001. Hazard insurance       months @ $        per month | | | |
| 1002. Mortgage insurance     months @ $        per month | | | |
| 1003. City property taxes    months @ $        per month | | | |
| 1004. County property taxes  months @ $        per month | | | |
| 1005. Annual assessments     months @ $        per month | | | |
| 1006. Tax Proration          months @ $        per month | | | |
| 1007.                        months @ $        per month | | | |
| 1008.                        months @ $        per month | | | |
| **1100. TITLE CHARGES:** | | | |
| 1101. Settlement or closing fee to   Michigan Title | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| (includes above items Numbers:                              ) | | | |
| 1108. Title insurance to   Michigan Title | | 190.00 | |
| (includes endorsements:                                     ) | | | |
| 1109. Lender's coverage   $  110,000.00  (  $193.00) | | | |
| 1110. Owner's coverage    $  110,000.00  (  $521.00) | | | |
| 1111. Courier Fee         to Michigan Title | | 35.00 | |
| 1112. E-Mail Fee          to Michigan Title | | 25.00 | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | | |
| 1201. Recording fees Deed $ 15.00   Mortgage $ 66.00   Releases $ | | 80.00 | |
| 1202. City/county tax/stamps  Deed $ 121.00   Mortgage $ | | | |
| 1203. State tax/stamps        Deed $ 825.00   Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. Property Management     to Premiere Property Investment | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on line 103, Section J and line 502, Section K)  >> | | 3,606.09 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: _Andrea Nicole Matkovic_        Seller: _____

Borrower: _____        Date _____        Seller: _____        Date _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____        Date 03/31/2004
Michigan Title

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

## SELLER'S AND/OR BORROWER'S/PURCHASER'S CERTIFICATION

The Seller's and Borrower's/Purchaser's understand the Settlement Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of the Statement. Seller and Borrower/Purchaser understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others and/or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Seller and Purchaser direct.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown and approve the same for payment.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

| BORROWERS/PURCHASERS | SELLERS |
|---|---|
| /s/ Andrea Nicole Matkovic | /s/ Howard LaDure, Jr. |
| Andrea Nicole Matkovic | Howard LaDure, Jr. |

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____  Date: 13/21/2004

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

#04-50133

Exhibit B

## MICHIGAN TITLE
544 Cherbourg Dr., Suite 100
Lansing, Mi. 48917
(517) 323-4300 Fax (517) 323-9896

### LEDGER SHEET
Order #
04-50133

Buyer/Seller: Andrea Nicole Matkovic / Howard LaDuke, Jr.
Property Address: 3376 Wieman Road, Beaverton, Michigan 48612
Brief Legal:
Settlement Date: 03/31/2004    Proration Date: 03/31/2004    Print Date: 03/31/2004
Sales Price: $115,000.00    Loan Amount: $58,000.00    Time: 13:44:20
Closer:    Page: 1
Comment: None

Bank# 3 (NEW) Mercantile Bank of West Michigan
7161576708

| Date | Tran# | | Source/Payee | Type | Status | Receipts | Disbursemnts | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/31/2004 | IW | 0 | BNC Mortgage, Inc. | Wire | NDep | 88075.81 | | 88075.81 |
| 03/31/2004 | ST | 0 | Andrea Nicole | CshCk | NDep | 5249.00 | | 93324.81 |
| 03/31/2004 | CK | 104969 | Premiere Property | SChk | UClrd | | 28500.00 | 64824.81 |
| 03/31/2004 | CK | 104997 | Howard LaDuke, Jr. | SChk | UClrd | | 1838.08 | 62986.73 |
| 03/31/2004 | CK | 104998 | Charter Funding | SChk | Void | | -3425.00 | 66411.73 |
| 03/31/2004 | CK | 104998 | Charter Funding | | Void | | 2495.00 | 63916.73 |
| 03/31/2004 | CK | 104999 | Michigan Title | SChk | UClrd | | 3031.00 | 60885.73 |
| 03/31/2004 | CK | 105000 | Reinbold and | SChk | UClrd | | 550.00 | 60335.73 |
| 03/31/2004 | CK | 105001 | Farm Bureau | SChk | UClrd | | 817.00 | 59518.73 |
| 03/31/2004 | CK | 105002 | Register Of Deeds | SChk | UClrd | | 1450.00 | 58068.73 |
| 03/31/2004 | CK | 105003 | Homecomings | SChk | UClrd | | 61069.93 | 2498.80 |
| 03/31/2004 | CK | 105012 | Charter Funding | SChk | UClrd | | -613.00 | 1850.00 |
| 03/31/2004 | CK | 105013 | Andrea Nicole | SChk | UClrd | | -1850.00 | 0.00 |

|  |  |
|---|---|
| 93324.81 | -93324.81 |
| -93324.81 | 93324.81 |
| 0.00 | 0.00 |