UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
        Debtor

Case No. 04-13723
Chapter 7
Judge JoAnn C. Stevenson

_____

## APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of TERRI S. MACKLIN, UAW-GM LEGAL SERVICES PLAN, as Attorneys for claimant, HOWARD LaDUKE, JR., for and on his behalf in the within cause of action.

                UAW-GM LEGAL SERVICES PLAN
                Attorneys for Plaintiff, LaDuke


                /s/ TERRI S. MACKLIN (P.37875)
                4433 Byron Center Ave., SW
                Wyoming, MI  49519
                Telephone:  (616) 531-7722

Dated:  April 5, 2005

1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
        Debtor                                    Case No. 04-13723
                                                             Chapter 7
_____       Judge JoAnn C. Stevenson

**PROOF OF SERVICE**

      The undersigned certifies that on April 5, 2005, a copy of APPEARANCE was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

| | |
|---|---|
| Andrea N. Matkovic<br>1604 Biltmore<br>Lansing, MI  48906 | Gregory W. Smith, Esq.<br>4710 West Saginaw, Ste 7<br>Lansing, MI  48917 |
| Kelly M. Hagan<br>PO Box 384<br>Acme, MI  49610 | Kevin M. Smith, Esq.<br>803 West Big Beaver, Suite 203-A<br>Troy, MI  48084 |

Dated:  April 5, 2005

                                                         /s/ Terri S. Macklin (P.37875
                                                         UAW-GM Legal Services Plan
                                                         Attorneys for Howard LaDuke, Jr.
                                                         4433 Byron Center, SW
                                                         Wyoming, MI  49519
                                                         616-531-7722