UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
        Debtor

Case No. 04-13723
Chapter 7
Judge JoAnn C. Stevenson

_____

**PROOF OF SERVICE**

      The undersigned certifies that on 4/18/05 a copy of NOTICE OF MOTION and OPPORTUNITY FOR HEARING, PROOF OF SERVICE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY and ENTRY OF ORDER WZIVING THE PROVISION OF FRBP 4001(A)(3) was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Kelly M. Hagan, Trustee
P.O. Box 384
Acme, MI  49610

Andrea N. Matkovic
1604 Biltmore
Lansing, MI  48906

Gregory W. Smith, Esq.
Debt Relief Legal Clinic of MI, PC
4710 W. Saginaw, Suite 7
Lansing, MI  48917

Daniel Casamatta, Esq.
330 Ionia Ave., NW, Suite 202
Grand Rapids, MI  49503-2549

Dated:  April 18, 2005

      /s/ Donna Stieber
      Donna Stieber, Secretary
      UAW-GM Legal Services Plan
      Attorneys for
      4433 Byron Center, SW
      Wyoming, MI  49519
      616-531-7722