UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
        Debtor

Case No. 04-13723
Chapter 7
Judge JoAnn C. Stevenson

_____

## NOTICE OF MOTION and OPPORTUNITY FOR HEARING

Howard LaDuke, Jr. has filed papers with the court to seek relief from the automatic stay.

**<u>Your rights may be affected</u>**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may want to consult one.)

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fifteen (15) days, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, P.O. Box 3310, Grand Rapids, MI  49501[1].  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Kelly M. Hagan, P.O. Box 384, Acme, MI  49610
Daniel Casamatta, 330 Ionia Ave NW, Suite 202, Grand Rapids, MI  49503-2549
Terri S. Macklin, 4433 Byron Center, SW, Wyoming, MI  49519

2.    If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated:  April 18, 2005

                UAW-GM LEGAL SERVICES PLAN
                Attorneys for Howard LaDuke Jr.

                <u>/s/ TERRI S. MACKLIN (P.37875</u>
                4433 Byron Center Ave., SW
                Wyoming, MI  49519
                Telephone:  (616) 531-7722

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e).