**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-LANSING**

**IN THE MATTER OF:**

Andrea N. Matkovic,	Bankruptcy Case No. 04-13723
	Honorable Jo Ann C. Stevenson
           Debtor.	Chapter 7
_____/

### CERTIFICATE STATING THAT NO TIMELY RESPONSE OR REQUEST FOR HEARING HAS BEEN FILED FOR TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL, BEADLE, BURKET, SWEET & SAVAGE, PLC

**NOW COMES** Applicant, Kelly M. Hagan, Trustee, by and through her counsel, Beadle, Burket, Sweet & Savage, PLC, and states as follows:

1. Applicant prepared and filed an Ex Parte Application to Employ Counsel, Beadle, Burket, Sweet & Savage, P.L.C., on file with this Court on or about the 14th day of March, 2005.

2. As of this date, no timely response or request for hearing has been filed with the Court.

3. More than 30 days have expired since the filing of the Application.

**WHEREFORE,** Trustee prays that this Honorable Court enter an Order authorizing Trustee to employ Beadle, Burket, Sweet & Savage, PLC as counsel for the above-referenced bankruptcy case.

    Respectfully submitted,

    BEADLE, BURKET, SWEET & SAVAGE, PLC

    /S/ Kevin M. Smith
    BY: Kevin M. Smith (P 48976)
    Counsel for the Trustee
    803 W. Big Beaver Rd., Suite 203-A
    Troy, MI  48084
Dated: 4/27/05    (248)  744-0330