**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-LANSING**

**IN THE MATTER OF:**

Andrea N. Matkovic,                                    Bankruptcy Case No. 04-13723
                                                       Honorable Jo Ann C. Stevenson
                          Debtor.                      Chapter 7
_____/

### ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL, BEADLE, BURKET, SWEET & SAVAGE, PLC

This matter having come before this Court upon the Trustee's Ex-Parte Application to Employ Counsel, Beadle, Burket, Sweet & Savage, PLC, the Court having read same and being otherwise fully advised in the premises,

**NOW, THEREFORE,** upon the Application of Kelly M. Hagan, Trustee,

**IT IS HEREBY ORDERED** that Kevin M. Smith and the firm Beadle, Burket, Sweet & Savage, PLC, be and hereby are authorized and empowered to act as counsel in the above-entitled case; and

**IT IS FURTHER ORDERED** that any and all fees awarded to counsel for Trustee are subject to the approval of the Court and that the Court may allow compensation different from the compensation provided in Trustee's application if such terms and conditions prove to have been improvident in light of developments unanticipatable at the time of the fixing of said terms and conditions.

_____
HONORABLE JO ANN C. STEVENSON
UNITED STATES BANKRUPTCY JUDGE

Approved By:

_____
Office of the U.S. Trustee