UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
        Debtor                                     Case No. 04-13723
                                                         Chapter 7
_____        Judge JoAnn C. Stevenson

HOWARD LaDUKE, JR.,
        Plaintiff

Vs.

ANDREA N. MATKOVIC,
        Defendant
_____

**ORDER GRANTING RELIEF FROM THE AUTOMATIC
STAY and WAIVING THE PROVISION OF FRBP 4001(a)(3)**

      Howard LaDuke, Jr., by and through his Attorneys, UAW-GM LEGAL SEVICES PLAN, having filed a Motion for Relief from the Automatic Stay with respect to the real property located at 2376 Wieman Rd., Beaverton, MI  48612-9454; and his claims against the Debtor in a state court action filed in State of Michigan, 55th Circuit Court, Case No. 05-1905-CH; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED that the Automatic Stay as to the Movant, Howard LaDuke, Jr. is hereby lifted. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3).  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

_____          _____
Dated                                                            U.S. Bankruptcy Judge