UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
       Debtor

Case No. 04-13723
Chapter 7
Judge JoAnn C. Stevenson

_____

HOWARD LaDUKE, JR.,
       Plaintiff

Vs.

ANDREA N. MATKOVIC,
       Defendant

_____

**CERTIFICATE OF NO TIMELY RESPONSE OR HEARING REQUEST
IN RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY and ENTRY OF ORDER WAIVING
THE PROVISION OF FRBP 4001(a)(3)**

TERRI S. MACKLIN, says that:

1. Movant, Howard LaDuke, Jr., having filed a Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(a)(3) on or about April 19, 2005.

2. A copy of the Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(a)(3) and a copy of the Notice of Motion was served on all interested parties on April 19, 2005.

3. As of May 5, 2005, to the Movant's knowledge and belief, no timely response or hearing request to Creditor's Motion for Relief from the Automatic Stay and

1

2

Entry of Order Waiving the Provision of FRBP 4001(a)(3) has been filed.

                                        UAW-GM LEGAL SERVICES PLAN
                                        Attorneys for Plaintiff


                                        <u>TERRI S. MACKLIN (P.37875)</u>
                                        4433 Byron Center Ave., SW
                                        Wyoming, MI  49519
                                        Telephone:  (616) 531-7722

Dated:  May 5, 2005