UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  ANDREA N.  MATKOVIC,
        Debtor                                             Case No. 04-13723
                                                             Chapter 7
_____          Judge JoAnn C. Stevenson

**PROOF OF SERVICE**

       The undersigned certifies that on 4/18/05 a copy of CERTIFICATE OF NO TIMELY RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY and PROPOSED ORDER was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Kelly M. Hagan, Trustee                    Gregory W. Smith, Esq.
P.O. Box 384                                      Debt Relief Legal Clinic of MI, PC
Acme, MI  49610                             4710 W. Saginaw, Suite 7
                                                          Lansing, MI  48917

Daniel Casamatta, Esq.
330 Ionia Ave., NW, Suite 202
Grand Rapids, MI  49503-2549

Dated:  May 5, 2005

                                                          /s/ Donna Stieber
                                                          Donna Stieber, Secretary
                                                          UAW-GM Legal Services Plan
                                                          Attorneys for
                                                          4433 Byron Center, SW
                                                          Wyoming, MI  49519
                                                          616-531-7722