## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | In Bankruptcy |
| MATKOVIC, ANDREA N. | Case No. 04-13723 JCS |
| | Chapter 7 |
| Debtor(s) | Hon. JO ANN C. STEVENSON |

### ORDER FOR PAYMENT OF DIVIDENDS

      A final accounting was filed by the trustee in this case and the final accounting and a copy of the proposed order for payment of dividends was served on all creditors and other parties listed on the matrix. Creditors were given 30 days to object to (1) the payment of fees and expense of the trustee and professional persons, (2) to the transfer or destruction of records of the trustee, and (3) to the distribution of estate funds as proposed in this order. Creditors to whose claims the trustee has objected were given 30 days to request a hearing on those objections.

      On this date, no objections have been filed and no hearings have been requested except those which have been resolved by separate order of this Court. THEREFORE,

      IT IS ORDERED that the fees and expenses listed in the notice of final accounting (or as amended or disallowed by subsequent order of this Court) shall be paid pursuant to §330 of the Bankruptcy Code, and

      IT IS ORDERED that the trustee may destroy or transfer books, documents and records now in her possession after 30 days from the date of this order, and

      IT IS ORDERED that the claims to which the trustee objected and concerning which no request for hearing has been filed with the Court to this date shall be disallowed, and

      IT IS ORDERED that the dividends shall be paid by the trustee to claimants as listed on the Claims Distribution Register attached to this order.

### END OF ORDER

NOTE: PURSUANT TO RULE 3010, NO DIVIDEND OF LESS THAN $5.00 WILL BE DISTRIBUTED TO ANY CREDITOR, BUT WILL BE PAID TO THE COURT AS AN UNCLAIMED FUND. NO FURTHER ORDER OF THE COURT SHALL BE ISSUED TO EFFECT THIS PAYMENT.

### TRUSTEE'S CERTIFICATION

I hereby certify that the proposed order for payment of dividends is correct and proper to the best of my knowledge and recommend approval by the Court.

Dated: November 10, 2006

_____
KELLY M. HAGAN, Trustee

**IT IS SO ORDERED.** 

_____
Honorable Jo Ann C. Stevenson
Chief United States Bankruptcy Judge

**Dated: February 27, 2007**