Printed: 11/10/06 04:35 PM

# Claims Distribution Register

Page: 1

**Case: 04-13723    MATKOVIC, ANDREA N.**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/08/04 | 200 | MYERS REESE SMITH & CHESTER<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139<br>&lt;2300-00   Bond Payments&gt; | 0.06 | 0.06 | 0.06 | 0.00 | 0.00 |
| | 11/08/04 | 200 | KELLY M. HAGAN<br>PO BOX 384<br>ACME, MI 49610<br>&lt;2200-00   Trustee Expenses&gt;<br>TRUSTEE WAIVES HER RIGHT TO SEEK REIMBURSEMENT OF ANY EXPENSES THIS CASE. | 14.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 11/08/04 | 200 | KELLY M. HAGAN<br>PO BOX 384<br>ACME, MI 49610<br>&lt;2100-00   Trustee Compensation&gt;<br>TRUSTEE WAIVES ANY COMMISSION IN THIS CASE. | 100.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:    100% Paid** | **$115.30** | **$0.06** | **$0.06** | **$0.00** | **$0.00** |
| | 11/08/04 | 201 | US BANKRUPTCY<br>COURT-WESTERN DISTRICT OF<br>MICHIGAN<br>ONE DIVISION AVE., NW.<br>ROOM 200<br>GRAND RAPIDS, MI 49503<br>&lt;2700-00   Clerk of the Court Costs (includes adversary and other filing fees)&gt; | 450.00 | 450.00 | 0.00 | 450.00 | 402.86 |
| | | | **Priority 201:    89.52444% Paid** | | | | | |
| | | | **Total for Admin Ch. 7 Claims:** | **$565.30** | **$450.06** | **$0.06** | **$450.00** | **$402.86** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 03/02/05 | 610 | Chase Manhattan Bank USA, N.A.<br>Chase Bankcard Services<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>DISALLOW.  NO DOCUMENTATION IS ATTACHED TO THE PROOF OF CLAIM. | 2,253.83 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 2 | 03/07/05 | 610 | Citibank (SOUTH DAKOTA) N.A.<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901-6305<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Unsecured; History: 2-1 03/07/2005Claim #2 filed by Citibank (SOUTH DAKOTA) N.A. , total amount claimed: $6498.01 (aml) | 6,498.01 | 6,498.01 | 0.00 | 6,498.01 | 0.00 |
| 3 | 03/07/05 | 610 | Citibank (SOUTH DAKOTA) N.A.<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901-6305<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Unsecured; History: 3-1 03/07/2005Claim #3 filed by Citibank (SOUTH DAKOTA) N.A. , total amount claimed: $6650.57 (aml) | 6,650.57 | 6,650.57 | 0.00 | 6,650.57 | 0.00 |

(*) Denotes objection to Amount Filed

Printed: 11/10/06 04:35 PM

# Claims Distribution Register

Page: 2

Case:  04-13723   MATKOVIC, ANDREA N.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 03/14/05 | 610 | Howard LaDuke, Jr. c/o Terri S. Macklin, Esq. UAW-GM Legal Services Plan,4433 Byron Center, SW Wyoming, MI 49519 <7100-00   General Unsecured § 726(a)(2)> Unsecured claimed:$33594.19; Secured claimed:$17558.75; Secured; History: 4-1 03/14/2005Claim #4 filed by Howard LaDuke, Jr. , total amount claimed: $51152.94 (Macklin, Terri) | 51,152.94 | 51,152.94 | 0.00 | 51,152.94 | 0.00 |
| 5 | 03/14/05 | 610 | AUTO BODY CREDIT UNION 111 S WAVERLY ROAD LANSING, MI 48917 <7100-00   General Unsecured § 726(a)(2)> DISALLOW.  NO DOCUMENTATION IS ATTACHED TO THE PROOF OF CLAIM. | 7,008.89 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 6 | 03/15/05 | 610 | MBNA America BANK N.A. PO BOX 15168 MS 1423 WILMINGTON, DE 19850 <7100-00   General Unsecured § 726(a)(2)> Unsecured; History: 6-1 03/15/2005Claim #6 filed by MBNA America BANK N.A. , total amount claimed: $5645.31 (aml) | 5,645.31 | 5,645.31 | 0.00 | 5,645.31 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$79,209.55** | **$69,946.83** | **$0.00** | **$69,946.83** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$79,209.55** | **$69,946.83** | **$0.00** | **$69,946.83** | **$0.00** |
| | | | **Total for Case :** | **$79,774.85** | **$70,396.89** | **$0.06** | **$70,396.83** | **$402.86** |

(*) Denotes objection to Amount Filed