## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                           Hon. Jo Ann C. Stevenson

MATKOVIC, ANDREA N.                              Case No. 04-13723

                                                 Chapter 7

                         Debtor.
_____/

### TRUSTEE'S FINAL DISTRIBUTION REPORT

The undersigned trustee files this final accounting of monies held in trust in the above-named debtor's estate, and certifies that all of the assets have been distributed according to orders entered and on file with the Clerk of the U.S. Bankruptcy Court for the Western District of Michigan. The trustee hereby submits, as part of the final accounting, bank statements and copies of canceled checks in support of such distribution.

Trustee requests that she be discharged as trustee and that her bond be canceled.

Dated: May 2, 2007

_____
Kelly M. Hagan, Trustee

I hereby certify that I have reviewed the *Final Distribution Report* submitted to our office by the above-named trustee.

Dated: _____

_____
Office of the U. S. Trustee

CHAPTER 7 FINAL ACCOUNTING REVIEW

| JUDGE | BANKRUPTCY NO. | DEBTOR/DEBTORS | DATE OF REVIEW:<br>Trustee Last Name | First Initial |
|---|---|---|---|---|
| SL | 4610413723 | MATKOVIC, ANDREA N. | HAGAN | K |
| | | | REVIEWER: | GUZEK |

## CHAPTER 7 TRUSTEE DISTRIBUTION REPORT

**Analyst/Paralegal Name:**        GUZEK

REGION: 9                                                    Office :  Grand Rapids

DATE:  __            4-Jan-07

Case #:            4610413723        **Case Name:**  MATKOVIC, ANDREA N.

                                                **Trustee:**        HAGAN

| | | |
|---|---|---|
| **Gross Receipts:** | | $402.92 |
| | | |
| **Trustee Compensation** | $0.00 | |
| **Trustee Expenses** | $0.00 | |
| | | |
| **Total** | | $0.00 |
| | | |
| **Atty. for Trustee Compensation** | $0.00 | |
| **Atty. for Trustee Expenses** | $0.00 | |
| | | |
| **Total** | | $0.00 |
| | | |
| **Debtor Atty. Compensation** | $0.00 | |
| **Debtor Atty. Expenses** | $0.00 | |
| | | |
| **Total** | | $0.00 |
| | | |
| **Secured Claims** | | $0.00 |
| | | |
| **Priority Claims** | | $0.00 |
| | | |
| **Unsecured Claims** | | $0.00 |
| | | |
| **Equity Security Distributions** | | $0.00 |
| | | |
| **Other Professionals** | | $0.00 |
| | | |
| **Other Payments (court costs, refunds to debtor, prior chapter costs, misc.)** | | $402.92 |
| | | |
| **Total Disbursements** | | $402.92 |